IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DORIS DEBERRY** | § |
| | § |
| vs. | § CIVIL ACTION NO. 4:15-cv-02438 |
| | § JURY REQUESTED |
| **STATE FARM LLOYDS** | § |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE U.S. DISTRICT JUDGE:

COME NOW, **DORIS DEBERRY**, Plaintiff, and **STATE FARM LLOYDS**, Defendant, and file this Stipulation of Dismissal with Prejudice, stating that Plaintiff and Defendant have entered into a settlement and Plaintiff no longer wishes to pursue said action. All parties are in agreement with this stipulation which is filed pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), and dismissal is binding upon filing.

Respectfully submitted,

THE VOSS LAW FIRM, P.C.

By: _____
**CLAYTON HARDIN**
State Bar No. 24090144
Federal I.D. No. 2516201
The Voss Law Center
26619 Interstate 45 South
The Woodlands, Texas 77380
(713) 861-0015 – Telephone
(713) 861-0021 - Facsimile

**ATTORNEY FOR PLAINTIFF**

GERMER PLLC

By: *[signature]*

DALE M. "RETT" HOLIDY
State Bar No. 00792937
Federal ID No. 21382
Three Allen Center
333 Clay Street, Suite 4950
Houston, Texas 77002
(713) 650-1313 - Telephone
(713) 739-7420 – Facsimile
rholidy@germer.com - Email

**ATTORNEY FOR DEFENDANT**

OF COUNSEL:

**GERMER PLLC**
Greg Howard
State Bar No. 24042989
Federal I.D. No. 619850
Three Allen Center
333 Clay Street, Suite 4950
Houston, Texas 77002
Telephone: (713) 650-1313
Facsimile: (713) 739-7420
Email: ghoward@germer.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been duly sent via CM/ECF on ___November 30___, 2015 to all counsel of record.

*[signature]*

DALE M. "RETT" HOLIDY